R. REX PARRIS LAW FIRM
R. REX PARRIS, SB #96567
ALEXANDER R. WHEELER, SB #239541
KITTY SZETO, SB #258136
43364 10th Street West
Lancaster, CA  93534
Telephone:  (661) 949-2595
Facsimile:  (661) 949-7524

Attorneys for Plaintiff
JILLIAN THOMPSON

JACKSON LEWIS LLP
DAVID S. BRADSHAW, SB #44888
JAMES T. JONES, SB #167967
CAROLYN G. BURNETTE, SB #191294
801 K Street, Suite 2300
Sacramento, CA  95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141

Attorneys for Defendant
SET AND SERVICE RESOURCES, LLC
(incorrectly sued herein as Set & Service Resources, LLC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JILLIAN THOMPSON, individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SET & SERVICE RESOURCES, LLC, a North Carolina Limited Liability Company; CYBER GROUP, INC. d/b/a OMEGA SOLUTIONS, Michigan Corporation; and and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:13-cv-00449-WBS-JFM<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REMANDING ACTION TO STATE COURT** |

Plaintiff Jillian Thompson, individually and on behalf of other members of the general public similarly situated ("Plaintiff") and Defendant Set and Service Resources, LLC hereby stipulate and agree as follows:

1

1. The above-entitled action shall be remanded to the Butte County Superior Court.

Dated: May 3, 2013                              R. REX PARRIS LAW FIRM


                                                By:   /s/ Kitty Szeto
                                                    R. Rex Parris
                                                    Alexander R. Wheeler
                                                    Kitty Szeto

                                                Attorneys for Plaintiff
                                                JILLIAN THOMPSON


Dated: May 3, 2013                              JACKSON LEWIS LLP


                                                By:   /s/ David S. Bradshaw
                                                    David S. Bradshaw
                                                    James T. Jones
                                                    Carolyn G. Burnette

                                                Attorneys for Defendant
                                                SET AND SERVICE RESOURCES, LLC


**ORDER**

**IT IS SO ORDERED**.

May 08, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE