1  R. REX PARRIS LAW FIRM
   R. REX PARRIS, SB #96567
2  ALEXANDER R. WHEELER, SB #239541
   KITTY SZETO, SB #258136
3  43364 10th Street West
   Lancaster, CA  93534
4  Telephone:  (661) 949-2595
   Facsimile:  (661) 949-7524
5
   Attorneys for Plaintiff
6  JILLIAN THOMPSON

7  JACKSON LEWIS LLP
   DAVID S. BRADSHAW, SB #44888
8  JAMES T. JONES, SB #167967
   CAROLYN G. BURNETTE, SB #191294
9  801 K Street, Suite 2300
   Sacramento, CA  95814
10 Telephone:  (916) 341-0404
   Facsimile:  (916) 341-0141
11
   Attorneys for Defendant
12 SET AND SERVICE RESOURCES, LLC
   (incorrectly sued herein as Set & Service
13 Resources, LLC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JILLIAN THOMPSON, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SET & SERVICE RESOURCES, LLC, a North Carolina Limited Liability Company; CYBER GROUP, INC. d/b/a OMEGA SOLUTIONS, Michigan Corporation; and and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:13-cv-00449-WBS-JFM<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REMANDING ACTION TO STATE COURT** |

Plaintiff Jillian Thompson, individually and on behalf of other members of the general public similarly situated ("Plaintiff") and Defendant Set and Service Resources, LLC hereby stipulate and agree as follows:

1

1. The above-entitled action shall be remanded to the Butte County Superior Court.

Dated:  May 3, 2013                                R. REX PARRIS LAW FIRM

                                         By:    /s/ Kitty Szeto
                                                R. Rex Parris
                                                Alexander R. Wheeler
                                                Kitty Szeto

                                         Attorneys for Plaintiff
                                         JILLIAN THOMPSON


Dated:  May 3, 2013                                JACKSON LEWIS LLP


                                         By:    /s/ David S. Bradshaw
                                                David S. Bradshaw
                                                James T. Jones
                                                Carolyn G. Burnette

                                         Attorneys for Defendant
                                         SET AND SERVICE RESOURCES, LLC


**ORDER**

**IT IS SO ORDERED**.

May 08, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE